UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT SCOTT, JR.,

    Petitioner/Defendant,

v.

    Case No. 03-80815

    Paul D. Borman
    United States District Judge

UNITED STATES OF AMERICA,

    Virginia M. Morgan
    Respondent/Plaintiff.    United States Magistrate Judge

_____/

**OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND (2) DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE, OR AMEND HIS SENTENCE**

    Before the Court is Magistrate Judge Virginia M. Morgan's Report and Recommendation to deny Petitioner's Motion to Vacate, Set Aside, or Amend His Sentence. (Dkt. No. 81).

    Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **DENIES** Petitioner's Motion to Vacate, Set Aside, or Amend His Sentence. (Dkt. No. 67).

**IT IS SO ORDERED.**

    S/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: March 23, 2011

**PROOF OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and Vincent Scott, #31919-039, FCI - Milan, PO Box 1000, Milan, MI 48160 via the Court's ECF System and/or U. S. Mail on March 23,2011.

s/Denise Goodine
Case Manager
