UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

CRIM. CASE NO. 03-80815

v.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

VINCENT SCOTT,

        Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION FOR
SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Given the Sixth Circuit holding in *United States v. Blewitt*, __F.3d__ (6th Cir. 2013)(en banc) 2013 WL 6231727, Dec. 3, 2013, the Court concludes that the Fair Sentencing Act of 2010 does not apply retroactively to reduce Defendant's sentence under the Anti-Drug Abuse Act of 1986 years before the FSA took effect:

> The [FSA] simply does not apply to individuals sentence before its effective date, let alone five years before its effective date.

*Blewitt*, Slip Op. P. 6.

Accordingly, Defendant Scott's Motion is DENIED.

SO ORDERED.

DATED: FEB 1 9 2014

                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE